IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION
Case No.: 3:18-cv-00071-NKM-JCH

ATLANTIC COAST PIPELINE, LLC,

        *Plaintiff*,

   v.

10.61 ACRES, MORE OR LESS,
IN LOVINGSTON DISTRICT, NELSON
COUNTY, VIRGINIA, *et al.*,
        *Defendants*.

## NOTICE OF ATTORNEY'S CHARGING LIEN

PLEASE TAKE NOTICE that Charles M. Lollar, Charles M. Lollar Jr. and Lollar Law PLLC (collectively, "Lollar Law") asserts an attorney's lien based upon legal services performed and costs incurred by Lollar Law in connection with the representation of Defendant Nelson County Creekside LLC ("Defendant") in this action. Such lien attaches under federal law and this jurisdiction's rule that a charging lien arises under Va. Code §§ 54.1-3932 when the claim is based on a written contract, specifically an engagement agreement, and quantum meruit, even if the attorney seeks recovery for his services "in the early stage of the claim and litigation." *Spahn v. Unites States*, 92 F. Supp. 992 (E.D. Va., 1950); *see also Michigan Mut. Ins. Co. v. Smoot,* 128 F.Supp.2d 917 (E.D. Va., 2000) ("An attorney is entitled to the fees and costs that he negotiates with his client"); *In re Outsidewall Tire Litigation*, 52 F.Supp.3d 777 (2014); *U.S. v. Hudson*, 39 F. Supp. 797 (1941).

1

The charging lien arises for the following reasons:

1. Lollar Law acted as counsel of record for Defendant from June 21, 2016 up until August 8, 2018 in connection with Atlantic Coastal Pipeline's ("ACP's") acquisition of Easements on Defendant's property.

2. Defendant and Lollar Law entered into written engagement agreement the terms of which expressly set forth Lollar Law's fee structure and scope of engagement as follows:

   > This letter will describe the terms of your engagement of Lollar Law PLLC. Our fee for representing you in negotiations to acquire the subject easement from you voluntarily *or* if and when a Certificate is granted by FERC and ACP seeks to encumber your] properties with an easement either voluntarily or using the power of eminent domain shall be contingent fee equal to one-third (33 1/1%) of any recovery obtained above any initial written offer.

3. Relying upon the Engagement Agreement, Lollar Law invested significant time and resources into negotiating the terms of the Easements sought by ACP on Defendant's property and negotiating reasonable compensation prior to ACP's filing of the condemnation proceeding.

Dated: June 29, 2019                        Respectfully submitted,

                                     By:    /s/ Charles M. Lollar
                                            Charles M. Lollar
                                            VSB No.: 17009
                                            Email: chuck@lollarlaw.com
                                            Charles M. Lollar, Jr.
                                            VSB No.: 88635
                                            Email: chip@lollarlaw.com
                                            LOLLAR LAW, PLLC
                                            109 E. Main St. Suite 501
                                            Norfolk, VA 23510
                                            Telephone (757) 644-4657
                                            Facsimile (757) 644-4659
                                            *Counsel for Defendant Venkat Reddy*

**Certificate of Service**

      I hereby certify that on June 29, 2019, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record, including the following:

Benjamin L. Perdue
blp@eminentdomaingroup.us
Henry E. Howell, III
heh@eminentdomaingroup.us
THE EMINENT DOMAIN LITIGATION GROUP, P.L.C.
164 George Washington Highway South
Chesapeake, VA  23323
Telephone: (757) 446-9999
Facsimile: (757) 644-9008
*Counsel for Landowner*

Richard D. Holzheimer, Jr.
rholzheimer@mcguirewoods.com
John D. Wilburn
jwilburn@mcguirewoods.com
N. Patrick Lee
plee@mcguirewoods.com
Kang He
khe@mcguirewoods.com
MCGUIRE WOODS, LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22102
Telephone: (703) 712-5000
Facsimile: (703) 712-5050

Godfrey T. Pinn, Jr.
gpinn@hclawfirm.com
Stacy E. Lee
slee@hclawfirm.com
HARRELL & CHAMBLISS, LLP
707 East Main St., Ste. 100
Richmond, Virginia 23219
Telephone: (804) 643-8401
Facsimile: (804) 648-2702
*Counsel for Atlantic Coast Pipeline, LLC.*

                                              /s/Charles M. Lollar_____